IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JASON E. CLARK                                              PLAINTIFF

VS.                                          CIVIL ACTION 3:08cv472 TSL-FKB

PAN SOUTHERN PETROLEUM CORP.,
et al.                                                      DEFENDANTS

## RECUSAL ORDER

Pursuant to 28 U.S.C. §455(a), the undersigned is compelled to disqualify himself in the above styled and numbered proceeding for the reason that the law firm of Adams and Reese, LLP, counsel for defendant, is on the recusal list of the undersigned United States district judge.

Accordingly, the undersigned does hereby recuse himself in this cause.

ORDERED this 25th day of March, 2010.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE